IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SWEPI, LP, a Delaware
Limited Partnership,

        Plaintiff,

vs.                                      No. CIV 14-0035 JB/SCY

MORA COUNTY, NEW MEXICO;
MORA COUNTY BOARD OF COUNTY
COMMISSIONERS; PAULA A. GARCIA,
Mora County Commissioner; JOHN P. OLIVAS,
Mora County Commissioner; and ALFONSO J.
GRIEGO, Mora County Commissioner,

        Defendants,

and

LA MERCED DE SANTA GETRUDIS DE LO
DE MORA, a Land Grant; and JACOBO E.
PACHECO, an individual,

        Defendant-Intervenors.

## **ORDER**[1]

**THIS MATTER** comes before the Court on the Motion for a Protective Order, filed January 16, 2015 (Doc. 80)("Motion").  The Court held a hearing on January 16, 2015.  The Court will deny the Motion.

**IT IS ORDERED** that the Motion for Protective Order, filed January 16, 2015 (Doc. 80), is denied.

---

[1] This Order disposes of the Motion for a Protective Order, filed January 16, 2015 (Doc. 80).  The Court will, however, at a later date issue a Memorandum Opinion more fully detailing its rationale for this decision.

_____
UNITED STATES DISTRICT JUDGE

*Counsel*:

Bradford C. Berge
Larry J. Montaño
John C. Anderson
Michael H. Feldewert
Holland & Hart, LLP
Santa Fe, New Mexico

    *Attorneys for the Plaintiff*

Nancy Ruth Long
Justin W. Miller
Long Komer & Associates, P.A.
Santa Fe, New Mexico

    --and--

Jeff H. Haas
Law Offices of Nanasi & Haas
Santa Fe, New Mexico

    *Attorneys for the Defendants*

Jeff H. Haas
Law Offices of Nanasi & Haas
Santa Fe, New Mexico

    *Attorneys for Defendant-Intervenors*