IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAR 1 8 2015

MATTHEW J. DYKMAN
CLERK

SWEPI, LP, a Delaware
Limited Partnership,

        Plaintiff,

vs.

MORA COUNTY, NEW MEXICO;
MORA COUNTY BOARD OF COUNTY
COMMISSIONERS; PAULA A. GARCIA,
Mora County Commissioner; JOHN P. OLIVAS,
Mora County Commissioner; and ALFONSO J.
GRIEGO, Mora County Commissioner,

        Defendants,

and

LA MERCED DE SANTA GETRUDIS DE LO
DE MORA, a Land Grant; and JACOBO E.
PACHECO, an Individual,

        Defendant-Intervenors.

No. CIV 14-0035 JB/SCY

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on the Memorandum Opinion, filed January 19, 2015 (Doc. 84)("MOO"). In the MOO, the Court granted in part and denied in part SWEPI's Motion for Partial Judgment on the Pleadings, filed May 31, 2014 (Doc. 21)("Motion"). In the MOO, the Court granted judgment in favor of Plaintiff SWEPI, LP and against the Defendants and the Defendant-Intervenors on Counts 1 (Supremacy Clause), 7 (Conflict Preemption), and 8 (First Amendment). Additionally, the Court invalidated the Mora County, N.M., Ordinance 2013-10 (2013). Pursuant to 28 U.S.C. § 2201, the Ordinance is declared to be void and invalid in its entirety, and the Defendants are hereby permanently enjoined from enforcing any of its

provisions.  The Court will also dismiss SWEPI, LP's remaining claims without prejudice.  The parties agree that SWEPI, LP may reinstate the claims that the Court is dismissing without prejudice in the event that the Defendants or the Defendant-Intervenors appeal the Court's judgment and the United States Court of Appeals for the Tenth Circuit reverses the Court's ruling.  Having no more claims before the Court, final judgment is appropriate.

      **IT IS ORDERED** that final judgment is entered.

                                                                                   _____
                                                                                       UNITED STATES DISTRICT JUDGE

*Approved by*:

Holland & Hart, LLP

_____
Bradford C. Berge
Larry J. Montaño
John C. Anderson
Michael H. Feldewert
Santa Fe, New Mexico

              *Attorneys for the Plaintiff*

Long Komer & Associates, P.A

_____
Nancy Long
Justin W. Miller
Santa Fe, New Mexico

              *Attorneys for the Defendants*

Law Offices of Nanasi & Haas

/s/ Jeff H. Haas
Jeff H. Haas
Santa Fe, New Mexico

*Attorneys for Defendant-Intervenors*